IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IFTIKHAR AHMED MEMON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-243-jdp

CHIPPEWA VALLEY TECHNICAL COLLEGE,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of Chippewa Valley Technical College and dismissing this case.

/s/                                                                                                    8/20/2015

Peter Oppeneer, Clerk of Court                             Date